UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION** | No. 1:05-md-01720 (BMC) (JAM) |
| **This Document Applies to:** <br> *Intuit Inc., et al.*, <br>       Plaintiffs, <br>  v. <br> *Visa Inc., et al.*, <br>       Defendants. | No. 1:21-cv-01175 (BMC) (JAM) |
| *Block, Inc.*, <br>       Plaintiff, <br>  v. <br> *Visa Inc., et al.*, <br>       Defendants. | No. 1:23-cv-05377 (BMC) (JAM) |

## JOINT STATUS REPORT

The parties in *Intuit Inc., et al. v. Visa Inc., et al.*, No. 21-cv-01175 (E.D.N.Y.), and *Block, Inc. v. Visa Inc., et al.*, No. 23-cv-05377 (E.D.N.Y.), respectfully submit this Joint Status Report pursuant to the Court's November 25 and December 12, 2025 orders regarding the close of fact discovery.

The parties have worked in good faith and exercised tremendous efforts to complete fact discovery on an expedited time frame. Since August, the parties have negotiated the scope of document production; collected and reviewed hundreds of thousands of documents from their

1

respective clients based on agreed-upon custodians and search terms; produced over 350,000 responsive, non-privileged documents; reviewed opposing parties' produced documents to prepare for depositions; responded to interrogatories; negotiated the scope of Rule 30(b)(6) depositions; and worked together to schedule the bulk of those depositions prior to the agreed-upon fact discovery deadline.  During that time, the parties have strived to work collaboratively and in good faith to resolve any issues that have arisen, including exchanging emails on an almost daily basis and routinely holding meet and confers to resolve any issues.

The parties provide the following joint report to the Court on depositions and other limited issues that remain outstanding despite the parties' best efforts.  The parties do not have any disputes to bring to the Court's attention at this time, and jointly seek the Court's permission with respect to the following:

**First**, as previously reported to the Court (ECF No. 9723), Intuit, Visa, and Mastercard have reached agreement on the length of Intuit's Rule 30(b)(6) deposition as follows.  Intuit will make its Rule 30(b)(6) witness available on December 19, 2025, for up to six hours on the record.  The parties will work cooperatively and in good faith to schedule a second day of the deposition, if and as necessary, which will be limited to no more than 2.5 hours on the record (for a total time of no more than 8.5 hours on the record), for a date on or before January 9, 2026 that is agreeable to the witness.

**Second**, and as reported to the Court on November 25, 2025 (ECF No. 9708), the parties have scheduled certain depositions after December 16 but before December 19:  Kevin Meigs (Visa) on December 17; and Adam Granoff (Mastercard) and Billy Knupp (Visa) on December 18.

**Third**, the first day of Square's Rule 30(b)(6) deposition took place on December 9 and lasted for 5.3 hours. The second day will be scheduled on January 15, 2026, and will be limited to 3 hours.

**Fourth**, if a party believes in good faith, following one of the scheduled depositions or based on its review of produced documents, that there is an additional witness whose deposition is needed, the party may request such deposition, with a limit of two such requests and with any additional deposition to occur before January 30, 2025.

**Finally**, the parties agree to continue to address in good faith any issues and questions regarding privilege calls, data productions, notice and consent, or any other document production deficiencies following the close of fact discovery. The parties will use their best efforts to complete any additional productions that may be necessary to address such issues by December 19, 2025, and commit to finally resolving such issues by no later than January 20, 2026.

The parties hereby certify that fact discovery is complete except as to those items for which the parties jointly request the Court's permission in this submission, and the parties will be prepared to submit any supplemental certification with respect to such items as the Court may deem appropriate.

The parties thank the Court for its attention to this matter and are available to provide any further information that would be helpful.

.

| | |
|---|---|
| Date: December 16, 2025 | Respectfully Submitted, |

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ William Michael*
William Michael
Brette Tannenbaum
Nina Kovalenko
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
(212) 757-3990 (facsimile)
wmichael@paulweiss.com
btannenbaum@paulweiss.com
nkovalenko@paulweiss.com

Kenneth A. Gallo
Donna M. Ioffredo
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
(202) 223-7420 (facsimile)
kgallo@paulweiss.com
dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**HOLWELL SHUSTER & GOLDBERG LLP**

By: */s/ Michael S. Shuster*
Michael S. Shuster
Demian A. Ordway
Jayme Jonat
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
jjonat@hsgllp.com

4

**ARNOLD & PORTER KAYE SCHOLER LLP**

Anne P. Davis
Matthew A. Eisenstein
Rosemary Szanyi
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5000

*Attorneys for Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc.*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ *Adam B. Wolfson*
Adam B. Wolfson
Kevin Y. Teruya
Claire D. Hausman
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
adamwolfson@quinnemanuel.com
kevinteruya@quinnemanuel.com
clairehausman@quinnemanuel.com

*Counsel for Plaintiffs Intuit Inc. and Intuit Payment Solutions, LLC*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ *Marc L. Greenwald*
Marc L. Greenwald
Steig D. Olson
Manisha M. Sheth
295 5th Avenue
New York, New York 10016
Telephone: (212) 849-7000

5

        Facsimile: (212) 849-7100
        marcgreenwald@quinnemanuel.com
        steigolson@quinnemanuel.com
        manishasheth@quinnemanuel.com

        Justin T. Reinheimer
        50 California Street, 22nd Floor
        San Francisco, California 94111
        Telephone: (415) 875-6600
        Facsimile: (415) 875-6700
        justinreinheimer@quinnemanuel.com

        *Counsel for Plaintiff Block, Inc.*